IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NEBRASKA HIGH SCHOOL PRESS ASSOCIATION, INC., a Nebraska nonprofit corporation; and MARCUS PENNELL,<br><br>    Plaintiffs,<br><br>  vs.<br><br>NORTHWEST PUBLIC SCHOOL DISTRICT, a Political Subdivision; JEFFREY EDWARDS, in his individual capacity,<br><br>    Defendants. | Case No. 4:23-cv-3043<br><br><br>**MOTION TO DISMISS** |

COME NOW Defendants Northwest Public School District and Jeffrey Edwards, in his individual capacity, and hereby move the Court pursuant to FED. R. CIV. P. 12(b)(1) and 12(b)(6) to dismiss Plaintiffs' Complaint in its entirety and with prejudice.

          NORTHWEST PUBLIC SCHOOL
          DISTRICT, a Political Subdivision;
          JEFFREY EDWARDS, in his individual
          capacity, Defendants

By:   /s/ Lily Amare
       Andre R. Barry, #22505
       Lily Amare, #25735
       Cline Williams Wright
        Johnson & Oldfather, L.L.P.
       1900 U.S. Bank Building
       233 South 13th Street
       Lincoln, NE 68508
       (402) 474-6900
       abarry@clinewilliams.com
       lamare@clinewilliams.com

**CERTIFICATE OF SERVICE**

      I, Lily Amare, hereby certify that on May 30, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties who have entered an appearance in this case as well as electronically transmitted.

Rose Godinez
Jane Seu
ACLU OF NEBRASKA
134 South 13th Street, Suite 1010
Lincoln, NE 68508
rgodinez@aclunebraska.org
jseu@aclunebraska.org

                                                /s/ Lily Amare
                                                Lily Amare

4881-6366-4487, v. 1