## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

NEBRASKA HIGH SCHOOL PRESS
ASSOCIATION, INC., a Nebraska nonprofit
corporation; and MARCUS PENNELL,

CASE NO.  4:23-CV-3043

Plaintiffs,

vs.

**PLAINTIFFS' MOTION TO STRIKE**

NORTHWEST PUBLIC SCHOOL DISTRICT,
a Political Subdivision; JEFFREY EDWARDS,
in  his individual capacity,

Defendants.

COME NOW Plaintiffs Nebraska High School Press Association and Marcus Pennell (collectively referred to as "Plaintiffs"), and hereby move the Court for an Order striking Doc. No. 13 from the official record in this matter. In support of said Motion, Plaintiffs state to the Court that Doc. No. 13 contains technical errors. Plaintiffs have prepared a corrected Brief to cure the issues.

WHEREFORE, Defendants hereby move the Court for an Order striking Doc. No. 13 from the official record in this matter and for such other relief as the Court deems just and equitable.

Dated this 20th day of June, 2023.

NEBRASKA HIGH SCHOOL PRESS
ASSOCIATION, INC., a Nebraska
nonprofit corporation; and MARCUS
PENNELL, Plaintiffs,

By:      /s/ Rose Godinez

Rose Godinez, No. 25925
Jane Seu, No. 27452
ACLU OF NEBRASKA
134 S 13th Street, Suite 1010
Lincoln, Nebraska 68508
(402) 476-8091
rgodinez@aclunebraska.org
jseu@aclunebraska.org
*Attorneys for Plaintiffs*

**<u>CERTIFICATE OF SERVICE</u>**

I, Rose Godinez, hereby certify that on June 20, 2023, a copy of the foregoing was filed

electronically via the Court's ECF system, which effects service upon counsel of record.


/Rose Godinez_____