IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NEBRASKA HIGH SCHOOL PRESS ASSOCIATION, INC., a Nebraska nonprofit corporation; and MARCUS PENNELL,<br><br>Plaintiffs,<br><br>vs.<br><br>NORTHWEST PUBLIC SCHOOL DISTRICT, a Political Subdivision; JEFFREY EDWARDS, in his individual capacity,<br><br>Defendants. | Case No. 4:23-cv-3043<br><br><br>**UNOPPOSED MOTION TO EXTEND** |

COME NOW Defendants Northwest Public School District and Jeffrey Edwards, in his individual capacity, by and through their undersigned counsel, and pursuant to the Court's Civil Case Management Practices, hereby move the Court for an Order extending their deadline to file their Reply Brief in support of Motion to Dismiss from June 27, 2023, to July 5, 2023, for the reason that Defendants' counsel needs additional time.

Counsel for Defendants has contacted counsel for Plaintiffs and represents to the Court that counsel for Plaintiffs has no opposition and agrees to the requested extension herein.

WHEREFORE, Defendants respectfully request this Court extend Defendants' deadline to file their Reply Brief in support of Motion to Dismiss from June 27, 2023, to July 5, 2023.

Dated this 20th day of June, 2023.

                    NORTHWEST PUBLIC SCHOOL DISTRICT, a Political Subdivision; JEFFREY EDWARDS, in his individual capacity, Defendants

By:   /s/ Lily Amare
       Andre R. Barry, #22505
       Lily Amare, #25735
       Cline Williams Wright
        Johnson & Oldfather, L.L.P.
       1900 U.S. Bank Building
       233 South13th Street
       Lincoln, NE 68508
       (402) 474-6900
       abarry@clinewilliams.com
       lamare@clinewilliams.com

## CERTIFICATE OF SERVICE

     I, Lily Amare, hereby certify that on June 20, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties who have entered an appearance in this case as well as electronically transmitted.

Rose Godinez
Jane Seu
ACLU OF NEBRASKA
134 South 13th Street, Suite 1010
Lincoln, NE 68508
rgodinez@aclunebraska.org
jseu@aclunebraska.org

                                                                                 /s/ Lily Amare
                                                                                 Lily Amare

4881-6366-4487, v. 1