IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NEBRASKA HIGH SCHOOL PRESS ASSOCIATION, INC., et al., | |
| Plaintiffs, | 4:23-CV-3043 |
| vs. | JUDGMENT |
| NORTHWEST PUBLIC SCHOOL DISTRICT, et al., | |
| Defendants. | |

For the reasons stated in the accompanying memorandum and order, the plaintiffs' complaint is dismissed without prejudice.

Dated this 16th day of October, 2023.

BY THE COURT:

John M. Gerrard
Senior United States District Judge